**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CMA CGM, S.A., <br>         Plaintiff, <br>     v. <br> BNSF RAILWAY COMPANY, <br>         Defendant. | No. CV 24-3369 PA (MARx) <br><br> JUDGMENT |

In accordance with the Court's December 12, 2024 Minute Order granting the Motion to Dismiss filed by defendant BNSF Railway Company ("Defendant"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. This action is dismissed with prejudice;

2. Plaintiff CMA CGM S.A. shall take nothing; and

3. Defendant shall have its costs of suit.

The Clerk is ordered to enter this Judgment.

DATED: December 12, 2024

                                                    Percy Anderson <br>
                                        United States District Judge